IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHAWN K. HICKEY                                                                                    PLAINTIFF

V.                        CASE NO. 4:16-CV-00815-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                                     DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Shawn K. Hickey and against the Defendant, Nancy A. Berryhill, Acting Commissioner of the Social Security Administration.

DATED this 28th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE